Lawrence A. Anderson
Attorney at Law
#18 Sixth Street North, Suite 201
P.O. Box 2608
Great Falls, Montana 59403-2608
Telephone (406) 727-8466

Elizabeth A. Best
Attorney at Law
BEST LAW OFFICES
425 Third Avenue North
P.O. Box 2114
Great Falls, Montana 59403-2114
Telephone (406) 452-2933

Attorneys for Plaintiffs

CLERK OF DISTRICT COURT

06 AUG -1 PM 3: 49

FILED

BY: _____
DEPUTY

## MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

Dale Roudebush, Natasha Wikstrom,
Lenna Whitmore,

      Plaintiffs

vs.

Bradford L. Frank, DDS

      Defendant

Cause No.: CDV 06-1082

### COMPLAINT AND JURY DEMAND

  Plaintiffs, Dale Roudebush, Natasha Wikstrom, and Lenna Whitmore, for their Complaint, respectfully allege as follows:

  1.  All of the plaintiffs reside in Great Falls, Cascade County, Montana.

1

2. During all times relevant hereto, Defendant Frank operated a general dental office in Great Falls, Cascade County, Montana.

3. All of the plaintiffs were patients of Defendant Frank and were subjected to a pattern and practice of negligent professional conduct which caused them injuries and damages.

## CAUSE OF ACTION NO. 1
## NEGLIGENCE

4. Frank had a duty to use reasonable care in the practice of dentistry.

5. In connection with the treatment and care of the Plaintiffs, Frank breached his duty to use reasonable care in the practice of dentistry.

6. As a result of Frank's breach of his duty to use reasonable care, he caused injuries and damages to Roudebush, Wikstrom, and Whitmore.

WHEREFORE, Plaintiffs pray for relief as more fully set forth in the prayer for relief.

## CAUSE OF ACTION NO. 2
## SPOILATION OF EVIDENCE

7. Plaintiffs re allege and incorporate by reference paragraphs 1 through 6 above as if fully set forth herein.

8. In an effort to disguise his negligence, Frank altered and destroyed medical records of the Plaintiffs.

9. As a result of Frank's alteration and destruction of medical records, the Plaintiffs have suffered damages.

WHEREFORE, Plaintiffs pray for relief as more fully set forth in the prayer for relief.

## CAUSE OF ACTION NO. 3
## MALICE

2

10. Plaintiffs re allege and incorporated by reference paragraphs 1 through 9 above as if fully set forth herein.

11. Frank knew that alteration or destruction of the Plaintiffs' medical records would cause injury to the Plaintiffs, namely difficulty in proving his negligence.

12. Frank nevertheless proceeded to act to alter or destroy the Plaintiffs' medical records in conscious disregard of the likelihood of injury to the Plaintiffs.

13. As a result of Frank's wrongful act, he has caused injuries to the Plaintiffs.

WHEREFORE, Plaintiffs pray for relief as more fully set forth in the prayer for relief.

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs pray for relief as follows:

1. For a judgment in money damages sufficient to fully compensate them for the special and general damages which they have suffered and will in the future suffer as a result of Defendant Frank's wrongful conduct;

2. For a judgment for costs and other assessments as provided by law;

3. For exemplary damages in an amount sufficient to punish Frank for his malicious conduct; and

4. For such other and further relief as to the Court seems just.

## DEMAND FOR JURY TRIAL

Plaintiffs request a jury trial of all issues triable by jury in this cause

DATED this 1 day of August 2006

                          Lawrence A. Anderson
                          Attorney at Law
                          #18 Sixth Street North, Suite 201

P.O. Box 2608
Great Falls, Montana 59403-2608

Elizabeth A. Best
Attorney at Law
BEST LAW OFFICES
425 Third Avenue North
P.O. Box 2114
Great Falls, Montana 59403-2114

