IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| DALE ROUDEBUSH, NATASHA WIKSTROM, and LENNA WHITMORE, | ) ) ) | Cause No. CV-07-68-GF-RKS |
| Plaintiffs, | ) ) ) | Hon. Keith Strong |
| -vs- | ) ) | |
| DR. BRADFORD L. FRANK, D.D.S., | ) ) | **ORDER FOR DISMISSAL** |
| Defendant. | ) | **WITH PREJUDICE** |

* * * * * * *

The attorneys for all parties having stipulated in writing to this Court that this case may be dismissed with prejudice, the parties to bear their own costs and attorney fees incurred;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to bear their costs and attorney fees incurred herein.

DATED, this 5th day of November, 2007.

*/s/ Keith Strong*
Keith Strong
U.S. Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE